# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ADOLFO Maria CRUZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA15-466M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ___defense counsel_____, IT IS ORDERED that a detention hearing is set for ___SEPT 16, 2015_____, 2015__, at __1000__ ☐a.m. / ☒p.m. before the Honorable ___Douglas F. McCormick, United States Magistrate Judge____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
       *(Other custodial officer)*

Dated: ___9/10/2015_____          _____
                                        U.S. District Judge/Magistrate Judge